MINUTE ENTRY
MILAZZO, J.
July 22, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD J. CAMUS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-168** |
| **MARQUETTE TRANSPORTATION COMPANY, LLC** | **SECTION: "H"** |

## MINUTE ENTRY

On January 22, 2021, the Court held a telephone preliminary status conference. Daniel Meyer participated on behalf of Plaintiff and Kent Ryan participated on behalf of Defendant. The parties discussed the status of the case.

(JS-10:13)