UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD J. CAMUS | CIVIL ACTION NO. 21-00168 |
| versus | DISTRICT JUDGE JANE TRICHE MILAZZO |
| MARQUETTE TRANSPORTATION COMPANY, LLC | MAG. JUDGE DANA M. DOUGLAS |

MARQUETTE TRANSPORTATION COMPANY, LLC'S ANSWER TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, Marquette Transportation Company, LLC ("Marquette") and submits the following Witness and Exhibit List.

## WITNESSES

1. Jason Keesee
2. Rick Willis
3. Dusty Lewis
4. Jodie Acree
5. Andrew Flavin
6. Franz Karnuth
7. Kimberly Golighty
8. Paul Dutton
9. Steve Bryan
10. Chris Myskowski
11. Tim Leary

12. Bill Tatum

13. Jerry Jarrett

14. John Hazel

15. Expert economist to be determined.

16. Relief engineers for Ronald Camus

17. Any witness listed by any party or identified in discovery.

18. Marquette reserves the right to supplement this list as discovery is ongoing.

## EXHIBITS

1. Ronald Camus' personnel file material including:

   - Background check, bates nos. MTC-0001-0013;

   - Second background check, bates nos. MTC-0014-0025;

   - USCIS form I-9, bates nos. MTC-0026-0029;

   - Ronald Camus' identification cards, bates nos. MTC-0030-0031;

   - Vessel Rehire Checklist, bates nos. MTC-0032-0065;

   - Payroll Status record, bates nos. MTC-0066-0067;

   - W-4/payroll information, bates nos. MTC-0068-0073;

   - Pre-employment medical record of Health Works Medical, LLC, bates nos. MTC-0074-0123;

   - April 30, 2019 correspondence to Ronald Camus regarding termination and related documents, bates nos. MTC-0124-0130;

   - Venue Selection Agreement;

2. Ronald Camus Separation Report, bates no. MTC-0133;

3. Vessel Inspection Requirements, bates no. MTC-0134;

4. Andrew Flavin email correspondence dated May 29, 2019 with attached photographs, bates nos. MTC-0135-0141;

5. Andrew Flavin email correspondence dated April 22, 2019, bates nos. MTC-0142-0143;

6. Andrew Flavin email correspondence dated April 18, 2019 with attached photographs, bates nos. MTC-0144-0151;

7. Department of Labor record including decision regarding complaint of Ronald Camus;

8. Marquette Chief Engineer job description, bates no. MTC-0190;

9. Marquette Job Engineering Job Aids Manual, bates nos. MTC-0191-0229;

10. Quarterly Vessel Self Assessment dated 9/19/16, bates nos. MTC-0230-0234;

11. Quarterly Vessel Self Assessment dated 12/27/15, bates nos. MTC-0235-0239;

12. Annual Vessel Self Audit Checklist dated 5/13/19, bates nos. MTC-0240-0247;

13. Annual Vessel Audit Checklist dated 2/7/19, bates nos. MTC-0248-0255;

14. Annual Vessel Audit Checklist dated 6/25/18, bates nos. MTC-0256-0261;

15. 2016 Annual Vessel Audit , bates nos. MTC-0262-0278;

16. May 15, 2019 email correspondence regarding paint, bates nos. MTC-0279-0280;

17. April 22, 2019 email correspondence regarding Camus, bates nos. MTC-0281-0282;

18. February 24, 2019 email correspondence attaching list for the MYSKOWSKI, bates nos. MTC-0283-0284;

19. Selected sections of Marquette Vessel Operations Manual.

20. Any and all exhibits to or referenced by any experts in this matter.

21. Any exhibits listed or used by any other party.

22. Any and all exhibits used as impeachment.

23. Marquette reserves the right to supplement this list as discovery is ongoing.

Respectfully submitted this 19th day of October 2021.

> MILLER HAHN, PLLC
>
> By:/s/ Kent B. Ryan
> Kent B. Ryan, T.A. (#18418)
> Stephanie D. Skinner (#21100)
> Allan C. Crane (#23700)
> 365 Canal Street, Suite 860
> New Orleans, LA 70130
> Telephone: (504) 684-5044
> Facsimile: (866) 578-2230
>
> Attorneys for defendant, Marquette Transportation Company, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this 19th day of October, 2021.

/s/ Kent B. Ryan