### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD J. CAMUS** | **CIVIL ACTION NO.: 21-00168** |
| **Plaintiff** | |
| **v.** | **DISTRICT JUDGE JANE TRICHE MILAZZO** |
| **MARQUETTE TRANSPORTATION COMPANY, LLC** | **MAG. JUDGE DANA M. DOUGLAS** |
| **Defendant** | |

## <u>ORDER</u>

In consideration of the foregoing Unopposed Motion to Continue Trial and Pretrial Deadlines (Doc. 12) filed in the above-captioned matter;

**IT IS ORDERED** that the plaintiff's Unopposed Motion to Continue Trial and Pretrial Deadlines is **GRANTED**. The trial originally set for February 7, 2022 and other pretrial deadlines are **RESET** to a date to be established by this Court. The case manager will set a new scheduling conference to select new dates.

New Orleans, Louisiana, this 9th day of November, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**