UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD J. CAMUS | CIVIL ACTION |
| V. | NO. 21-168 |
| MARQUETTE TRANSPORTATION COMPANY, LLC | SEC. "H"(3) |

### NOTICE OF SCHEDULING CONFERENCE

A **SCHEDULING CONFERENCE** is set, by telephone, for **DECEMBER 7, 2021 at 10:30 a.m.** for the purpose of selecting a trial date and pre-trial deadlines. **Counsel are to participate in the conference by dialing (877) 411-9748 and entering access code 7562821.** The Court's case manager will join the call as the host once all parties are on the line.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:  Erin Mouledous
     Case Manager
     Erin_Mouledous@laed.uscourts.gov

### NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

## IMPORTANT NOTICE TO COUNSEL

## COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

*WRITTEN OBJECTIONS <u>MUST</u> BE FILED THREE WORKING DAYS PRIOR TO THE SCHEDULING CONFERENCE.